1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   ROBERTO BERMUDEZ-ORNALES
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,    )  No. CR-S 10-391 JAM
                                )
12            Plaintiff,        )
                                )  STIPULATION AND ORDER RESETTING
13     v.                       )  J&S
                                )
14 ROBERTO BERMUDEZ ORNALES     )  Date    AUG. 7, 2012
              Defendants.       )  Time:   9:30 a.m.
15                              )  Judge:  Hon. MENDEZ
   _____)
16                              )

17      **IT IS HEREBY STIPULATED** by and between Assistant United States

18 Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L.

19 Santos, Counsel for Defendant Roberto Bermudez that the date set for

20 Judgment and Sentence scheduled for May 22, 2012,be vacated and the

21 matter be continued to this Court's criminal calendar on August 7,

22 2012,at 9:30 a.m. for judgement and sentence.

23      This continuance is requested by both parties to finalize

24 potential sentencing recommendations that the government will make for

25 Mr. Bermudez Ornales.

26      The Court is advised that all counsel have conferred about this

27 request, that they have agreed to the August 7, 2012 date, and that Mr.

28 Beckwith has authorized Ms. Santos to sign this stipulation on his

behalf.

**IT IS SO STIPULATED.**

Dated: May 18, 2012         /S/ Dina L. Santos
                            DINA L. SANTOS
                            Attorney for
                            Roberto Bermudez-Ornales


Dated: May 18, 2012         /S/ Michael Beckwith
                            MICHAEL BECKWITH
                            Assistant United States Attorney
                            Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

              By the Court,


Dated: MAY 18, 2012         /s/ John A.Mendez
                            Hon. JOHN A MENDEZ
                            United States District Judge

Stipulation and Order                2